IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LAL BHATIA                                                                                              PLAINTIFF

VS.                                                              CIVIL ACTION NO. 5:13cv74-DCB-MTP

ERIC HOLDER, CHARLES E. SAMUELS, JR.
and VANCE LAUGHLIN                                                                          DEFENDANTS

### DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION

Pursuant to Uniform Local Rule 72(a)(3), the Defendants, by and through the undersigned counsel, hereby notifies the Court that no response will be filed to the Plaintiff's Objection to the Report and Recommendation of the United States Magistrate Judge. The Defendants have no objection to the Report and Recommendation of the United States Magistrate Judge and urge the Court to adopt the Report and Recommendation as the ruling of the Court.

DATE:          September 19, 2014

                                        Respectfully submitted,

                                        GREGORY K. DAVIS
                                        UNITED STATES ATTORNEY

                            By:    */S/  ANGELA GIVENS WILLIAMS*
                                        ANGELA GIVENS WILLIAMS
                                        Assistant United States Attorney
                                        Mississippi Bar No. 102469
                                        501 East Court Street, Suite 4.430
                                        Jackson, Mississippi 39201
                                        Telephone No.:       601/965 4480
                                        Facsimile No.:         601/965 4409
                                        E mail:   AWilliams4@usdoj.gov

## CERTIFICATE OF SERVICE

    I, ANGELA GIVENS WILLIAMS, Assistant United States Attorney, hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, and I further certify that a true copy of the above and foregoing document has been mailed via United States Mail, postage prepaid, to the *pro* se Plaintiff as follows:

    Lal Bhatia, Reg. # 97562-011
    Adams County Correctional Center
    P.O. Box 1600
    Washington, MS 39190

This the 19th day of September, 2014.

                              */S/  ANGELA GIVENS WILLIAMS*_____
                              ANGELA GIVENS WILLIAMS
                              Assistant United States Attorney